FILED



9:23 am, 11/20/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number   L:24-PO-00789-SAH-1 |
| JATIN MEHTA | |
| Defendant | |

Violation Charged   Operate vehicle in excess of posted speed limit    Citation Number   (E1482522)

Date Violation Notice Issued   08/31/2024    Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:02-9:21                                Interpreter  N/A

Date  November 20, 2024                 Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear      Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing    Robert W Horn

☐ FPD     ☐ PANEL-CJA     ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____

reason:

☐ Bail is set at

☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00789-SAH-1

| | |
|---|---|
| **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:** | |
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). | |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). | |
| This consent was made   ☐ orally    ☐ in writing | |

☑ Informed of charges and rights        Date  November 20, 2024
☑ Defendant arraigned                   Date  November 20, 2024
☑ Court accepts plea       Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty              (E1482522)
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence      Date  November 20, 2024
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation

☑ Fine         650.00         Payable  to CVB by 12/20/2024
☐ Restitution                 To
☐ Community Service           To
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Abstract will be sent in.  No written judgment to follow.